CROWELL & MORING LLP
Jennifer S. Romano (CSB No. 195953, jromano@crowell.com)
Nathanial J. Wood (CSB No. 223547, nwood@crowell.com)
515 South Flower St., 40th Floor
Los Angeles, California  90071
Telephone:   213.622.4750
Facsimile:    213.622.2690

CROWELL & MORING LLP
Ethan P. Schulman (CSB No. 112466, eschulman@crowell.com)
Steven E. Wilson (CSB No. 240843, swilson@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, California  94111
Telephone:   415.986.2800
Facsimile:    415.986.2827

Attorneys for Defendants HEALTH NET, INC.
and HEALTH NET OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHERINE EANDI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH NET, INC. OF CALIFORNIA; HEALTH NET, INC.; IBM CORPORATION; DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV 11-2002 LB<br><br>**STIPULATION TO EXTEND TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND IN WHICH TO FILE AN AMENDED COMPLAINT; [PROPOSED] ORDER** |

### I.   STIPULATION

WHEREAS, Defendants Health Net of California, Inc. and Health Net, Inc. (together, "Health Net") filed a notice of removal of this action on April 25, 2011;

WHEREAS, Federal Rule of Civil Procedure 81(c)(2) provides that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is within 7 days after the notice of removal is filed, *i.e.,* May 2, 2011;

CROWELL & MORING LLP
ATTORNEYS AT LAW

SFACTIVE-902292760.1

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, AND TO AMEND COMPLAINT; [PROPOSED] ORDER, CASE No. CV 11-2002 LB

1    WHEREAS, Health Net's counsel has requested a 30-day extension of each defendant's
2 time to prepare and file its Answer or other response to Plaintiff's Complaint and said extension
3 will not alter the date of any event or deadline already fixed by Court order;

4    WHEREAS, Federal Rule of Civil Procedure 15(a)(1)(B) provides that Plaintiff may file
5 an amended complaint as a matter of course within 21 days after Defendants' responsive
6 pleadings are served;

7    WHEREAS, Plaintiff's counsel has requested and Defendants have agreed to provide
8 Plaintiff 35 days to file an amended complaint after receipt of Defendants' responsive pleadings;

9    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT
10 pursuant to Civil Local Rule 6-1(a), the time within which all Defendants shall file their
11 Answer(s) or other response(s) to Plaintiff's Complaint in this action shall be extended to June 2,
12 2011.  This extension will not alter the date of any event or any deadline already fixed by Court
13 order, and thus need not be approved by the Court pursuant to Civil Local Rule 6-1(a).

14    The time in which Plaintiff may file an amended complaint after receipt of Defendants'
15 Answer(s) or other response(s) shall be extended to July 7, 2011.  An order approving the
16 extension of time to file an amended complaint appears below.

Dated: April 27, 2011                                   CROWELL & MORING LLP

/s/

Ethan P. Schulman
Attorneys for Defendants
HEALTH NET, INC. and HEALTH NET OF
CALIFORNIA, INC.

-2-

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, AND TO AMEND COMPLAINT; [PROPOSED] ORDER. CASE No. CV 11-2002 LB

CROWELL & MORING LLP
ATTORNEYS AT LAW

SFACTIVE-902292760.1

| | |
|---|---|
| Dated: April 27, 2011 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | |
| | /s/ |
| | Karin Kramer<br>Attorneys for Defendant<br>IBM CORP. |
| | |
| Dated: April 27, 2011 | GIRARD GIBBS LLP |
| | |
| | /s/ |
| | Eric H. Gibbs<br>Attorneys for Plaintiff<br>CATHERINE EANDI |

Pursuant to General Order 45 Section X.B, the above signatories concur in the filing of this document.

## II.   ORDER

Pursuant to the stipulation of the parties, the Court hereby ORDERS that the time in which Plaintiff may file an amended complaint after receipt of Defendants' Answer(s) or other response(s) shall be extended to July 7, 2011.

**IT IS SO ORDERED.**

DATED:  5/6/2011



LAUREL BEELER
United States Magistrate Judge

-3-

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, AND TO AMEND COMPLAINT; [PROPOSED] ORDER, CASE No. CV 11-2002 LB

SFACTIVE-902292760.1

CROWELL & MORING LLP
ATTORNEYS AT LAW